LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

SALAS_P.ord

**FILED**
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO TAQUACTA SALAS,<br><br>Defendant. | CRIMINAL CASE NO. 01-00015<br><br>**O R D E R**<br><br>Re: United States Motion to Amend Judgment and Refund Overpayment of Fine |

Based upon the Plaintiff's Motion to Amend Judgment and Refund Overpayment of Fine, the Court hereby orders the Clerk of Court to amend the Judgment in the above-referenced case to convert the balance of $142.50 of electronic monitoring fees to a fine of $142.50. Furthermore, the Clerk of Court shall refund the excess portions of the amended fine in the amount of $17.50 to Pedro T. Salas by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant Pedro T. Salas shall be refunded to him.

**IT IS SO ORDERED**, this 2 day of April 2006.

Roger T. Benitez*
District Court of Guam

ORIGINAL

*The Honorable Ricardo S. Martinez, United States District Judge for the District Judge for Southern District of California, by designation.