GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

|  |  |
|---|---|
| USA,<br><br>         Plaintiff,<br><br>     vs.<br><br>Pedro Taquacta Salas,<br><br>         Defendant. | Case No. 1:01-cr-00015 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following second amended judgment:

*Second Amended Judgment filed April 11, 2006*
*Date of Entry of Second Amended Judgment: 4/12/2006*

The original second amended judgment is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** April 14, 2006                                        Clerk of Court
                                                                **/s/ Mary L.M. Moran**