# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Pedro Taquacta Salas,<br><br>        Defendant. | Case No. 1:01-cr-00015<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Second Amended Judgment filed April 11, 2006 and Notice of Entry, filed April 14, 2006, on the dates indicated below:

| Federal Public Defender's Office | U.S. Attorney's Office | U.S. Marshal's Service | U.S. Probation Office |
|---|---|---|---|
| April 17, 2006 | April 17, 2006 | April 17, 2006 (Second Amended Judgment only) | April 17, 2006 (Second Ameded Judgment only) |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Second Amended Judgment and Notice of Entry

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 17, 2006          /s/ Renee M. Martinez
                                                    Deputy Clerk